1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

9  UNITED STATES OF AMERICA,                          NO.  MJ17-518

10                        Plaintiff,

11        v.                                          DETENTION ORDER

12  RENE BORROEL-LOPEZ,

13                        Defendant.

14

15  Offense charged:

16        Count 1:        Possession of Methamphetamine with Intent to Distribute

17  Date of Detention Hearing:  December 14, 2017

18        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19  based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

20        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21        1.        Defendant is a citizen of Mexico.

22        2.        An immigration detainer has been placed on defendant by the United States

23  Immigration and Customs Enforcement.

24        3.        Defendant has stipulated to detention, but reserves the right to contest his

25  continued detention if there is a change in circumstances.

26

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

1    4.    There are no conditions or combination of conditions other than detention that

2  will reasonably assure the appearance of defendant as required or ensure the safety of the

3  community.

4    IT IS THEREFORE ORDERED:

5    (1)    Defendant shall be detained and shall be committed to the custody of the

6        Attorney General for confinement in a correction facility separate, to the extent

7        practicable, from persons awaiting or serving sentences or being held in custody

8        pending appeal;

9    (2)    Defendant shall be afforded reasonable opportunity for private consultation with

10        counsel;

11    (3)    On order of a court of the United States or on request of an attorney for the

12        government, the person in charge of the corrections facility in which defendant

13        is confined shall deliver the defendant to a United States Marshal for the

14        purpose of an appearance in connection with a court proceeding; and

15    (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

16        counsel for the defendant, to the United States Marshal, and to the United States

17        Pretrial Services Officer.

18    DATED this 15th day of December, 2017.

19    _James P. Donohue_

20    JAMES P. DONOHUE
      Chief United States Magistrate Judge

21

22

23

24

25

26

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2