Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RENE BORROEL-LOPEZ,<br><br>  Defendant. | No. CR17-322 RAJ<br><br>ORDER CONTINUING PRETRIAL MOTIONS DEADLINE |

Having considered Defendant Rene Borroel-Lopez's Unopposed Motion to Continue Pretrial Motions Deadline, and finding good cause,

IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Continue Pretrial Motions Deadline (Dkt. #15) is GRANTED. All pretrial motions, including motions in limine, shall be filed no later than February 6, 2018.

DATED this 25th day of January, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING
PRETRIAL MOTIONS DEADLINE - 1
CR17-322 RAJ

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 447-7422
Fax: (206) 447-7534