Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>RENE BORROEL-LOPEZ,<br><br>                    Defendant. | No. CR17-322 RAJ<br><br>ORDER CONTINUING TRIAL DATE AND SETTING PRETRIAL DEADLINES |

THIS MATTER comes before the Court on the Government's Motion to Continue Trial Date. Having considered the motion, Defendant's opposition, and having heard from the parties at a hearing on this date, the Court rules as follows:

IT IS HEREBY ORDERED that the Government's Motion to Continue Trial Date (Dkt. #23) is GRANTED IN PART and DENIED IN PART. For the reasons stated on the record, the Court continues the trial date in this matter from February 26, 2018 to March 5, 2018. As this continuance is within the current deadline by which to commence trial pursuant to the Speedy Trial Act, there shall be no excludable time based on this Order.

///

///

ORDER CONTINUING TRIAL DATE
AND SETTING PRETRIAL DEADLINES - 1
CR17-322 RAJ

The Court memorializes the following deadlines:

| | |
|---|---|
| Deadline for Defendant to file additional pretrial motion(s): | February 15, 2018 by noon |
| Deadline for Government to File Responses to Defendant's Pretrial Motions Previously Filed on February 6, 2018: | February 15, 2018 by 4:00 p.m. |
| Deadline for Defendant to Reply to Government's Responses to Defendant's Pretrial Motions Previously Filed on February 6, 2018: | February 16, 2018 by 4:00 p.m. |
| Deadline for the Government to produce to Defendant all outstanding discovery: | February 23, 2018 |
| Deadline for the Government to respond to Defendant's additional pretrial motion(s): | February 27, 2018 |
| Hearing on Motion to Suppress, Voluntariness Hearing, and Pretrial Conference: | February 28, 2018 at 9:00 a.m. |

DATED this 14th day of February, 2018.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge