The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR17-322 RAJ |
|---|---|
| Plaintiff, | UNITED STATES' WITNESS LIST |
| v. | |
| RENE BORROEL-LOPEZ, | |
| Defendant. | |

The United States hereby submits the following list of witnesses the government may call in its case-in-chief.

1. Justin Chorach, Tacoma PD
2. Robert Shaw, Pierce County Detective
3. Scott Modesitt, DEA SA
4. Ronnie Cruickshank
5. Brian Slocum, DEA Intelligence Analyst
6. Ryan Hamilton, Lakewood PD
7. Jeremy Tan, DEA SA
8. Jared Gibb, DEA SA
9. DEA Forensic Chemist, Emily Oblath

U.S. v. BORROEL-LOPEZ; CR17-322 RAJ
UNITED STATES WITNESS LIST - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 23rd day of February, 2018.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*/s/ Benjamin T. Diggs*
BENJAMIN T. DIGGS
Special Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-2275
E-mail: Benjamin.Diggs@usdoj.gov


*/s/ Katheryn Kim Frierson*
KATHERYN KIM FRIERSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-4737
E-mail: Katheryn.K.Frierson@usdoj.gov

U.S. v. BORROEL-LOPEZ; CR17-322 RAJ
UNITED STATES WITNESS LIST - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

*s/ Melissa Frank*
MELISSA FRANK
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4215
FAX:   (206) 553-0755
E-mail: melissa.frank@usdoj.gov

U.S. v. BORROEL-LOPEZ; CR17-322 RAJ
UNITED STATES WITNESS LIST - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970