Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR17-322RAJ |
| Plaintiff, | |
| v. | GOVERNMENT'S PROPOSED VOIR DIRE |
| RENE BORROEL-LOPEZ, | |
| Defendant. | |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Benjamin T. Diggs, Special Assistant United States Attorney for said District, and Katheryn Kim Frierson, Assistant United States Attorney for said District, respectfully requests that in addition to the Court's General Voir Dire Questions, the following questions be asked of the prospective jury panel in this case, with the opportunity for the Government attorneys to ask appropriate follow up questions. The government also respectfully requests that the Court advise the jurors that they may ask to speak about their answers privately if any of them feel uncomfortable answering a question in front of the others.

1. Have you or anyone close to you ever lodged a complaint with a department or agency about the conduct of any law enforcement officer or personnel?

GOVERNMENT'S PROPOSED VOIR DIRE - 1
*United States v. Rene Borroel-Lopez*/CR17-322RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. This case involves undercover officers and cooperating witnesses who may have used deception in order to further the investigation. Do any of you believe it is wrong for law enforcement to use such investigative techniques?

DATED this 23rd day of February, 2018.

                                  Respectfully submitted,

                                  ANNETTE L. HAYES
                                  United States Attorney

                                  */s/ Benjamin T. Diggs*_____
                                  BENJAMIN T. DIGGS
                                  Special Assistant United States Attorney
                                  United States Attorney's Office
                                  700 Stewart Street, Suite 5220
                                  Seattle, WA 98101-1271
                                  Telephone: (206) 553-2275
                                  E-mail: Benjamin.Diggs@usdoj.gov


                                  */s/ Katheryn Kim Frierson*_____
                                  KATHERYN KIM FRIERSON
                                  Assistant United States Attorney
                                  United States Attorney's Office
                                  700 Stewart Street, Suite 5220
                                  Seattle, WA 98101-1271
                                  Telephone: (206) 553-4737
                                  E-mail: Katheryn.K.Frierson@usdoj.gov

GOVERNMENT'S PROPOSED VOIR DIRE - 2
*United States v. Rene Borroel-Lopez*/CR17-322RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

*s/ Melissa Frank*
MELISSA FRANK
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4215
FAX:    (206) 553-0755
E-mail: melissa.frank@usdoj.gov

GOVERNMENT'S PROPOSED VOIR DIRE - 3
*United States v. Rene Borroel-Lopez*/CR17-322RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970