Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR17-322RAJ |
|---|---|
| Plaintiff, | VERDICT FORM |
| v. | |
| RENE BORROEL-LOPEZ, | |
| Defendant. | |

We, the Jury, have reached the following verdict:

1. As to the charge of Possession of Methamphetamine with Intent to Distribute, as charged in Count one, we the Jury, unanimously find the Defendant, RENE BORROEL-LOPEZ:

GUILTY _____          NOT GUILTY _____

If you find the Defendant guilty of this charge, proceed to the next question.

2. We, the Jury, having found the Defendant, RENE BORROEL-Lopez, GUILTY OF THE CHARGE OF Possession of Methamphetamine with Intent to

VERDICT FORM - 1
*United States v. Rene Borroel-Lopez*/CR17-322RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Distribute, as charged in Count One, further unanimously find that the Defendant possessed with intent to distribute the following quantity of methamphetamine (place an "X" in the appropriate box for <u>only</u> the highest quality <u>unanimously</u> agreed to by the jury):

(i) 50 grams or more of pure methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, with unanimous agreement as to one particular quantity, or both     [     ]

(ii) 5 grams or more of pure methamphetamine, or 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, with unanimous agreement as to one particular quantity, or both     [     ]

(iii) less than 5 grams of pure methamphetamine, and less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine     [     ]

DATED this _____ day of _____, 2018

_____
PRESIDING JUROR

VERDICT FORM - 2
*United States v. Rene Borroel-Lopez*/CR17-322RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970