Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>RENE BORROEL-LOPEZ,<br><br>             Defendant. | No.  CR17-322 RAJ<br><br>DEFENDANT BORROEL LOPEZ'S EXHIBIT LIST |

The defense submits no exhibits at this time for its case-in-chief.  The defense reserves the right to amend this list and to offer additional exhibits as impeachment or rebuttal evidence.

Respectfully submitted this 23rd day of February, 2018.

*/s/ Robert Flennaugh II*
Robert Flennaugh II, WSBA # 26764
Attorney for Defendant
Law Office of Robert Flennaugh II, PLLC
810 3rd Avenue, Suite 500
Seattle, WA 98104
Phone: 206-447-7422
Fax: 206-447-7534
Email: robert@flennaughlaw.com

DEFENDANT BORROEL LOPEZ
EXHIBIT LIST- 1
CR17-322 RAJ

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
810 Third Avenue, Suite 500
Seattle, WA  98104
(206) 447-7422
Fax: (206) 447-7534

CERTIFICATE OF SERVICE

     I hereby certify that on February 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Benjamin Diggs, Assistant United States Attorney.

          /s/Erin S. Ostlie
Erin S. Ostlie
Legal Assistant
Law Office of Robert Flennaugh II, PLLC
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 447-7422
Fax:  (206) 447-7534

DEFENDANT BORROEL LOPEZ
EXHIBIT LIST- 2
CR17-322 RAJ

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
810 Third Avenue, Suite 500
Seattle, WA  98104
(206) 447-7422
Fax: (206) 447-7534