Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>RENE BORROEL-LOPEZ,<br><br>                Defendant. | No. CR17-322 RAJ<br><br>ORDER GRANTING MOTION FOR VOLUNTARINESS HEARING |

Pursuant to the Due Process Clause of the Fifth Amendment to the United States Constitution and 18 U.S.C. § 3501(1), the Court hereby orders that a hearing outside of the presence of the jury will be held to determine the voluntariness and admissibility of Mr. Borroel-Lopez's statements that allegedly incriminated himself. The voluntariness hearing is scheduled for **Wednesday, February 28th at 9:00 a.m.**

DATED this 26th day of February, 2018.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
FOR VOLUNTARINESS HEARING - 1
CR17-322 RAJ

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 447-7422
Fax: (206) 447-7534