# United States of America v. Rene Borroel-Lopez
# CR17-322 RAJ

## PRETRIAL HEARING EXHIBIT LIST

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED |
|---|---|---|---|
| 1 | Surveillance photograph taken on 11/15/17 of Rene Borroel-Lopez entering yellow Mini Cooper | A | 02-28-2018 |
| 2 | Surveillance photograph taken on 11/15/17 of Rene Borroel-Lopez leaving yellow Mini Cooper | A | 02-28-2018 |
| 3 | Excerpted text messages recovered from cellular phone number (425) 652-3174 belonging to RC, to and from phone number (206) 853-8085 | | |
| 4 | Group text message string dated December 11, 2017, retrieved from cellular phone of TFO Ryan Hamilton | | |
| 5 | Report of Investigation prepared November 15, 2017, signed by TFO Ryan Hamilton | | |
| 6 | Report of Investigation prepared December 18, 2017, signed by TFO Ryan Hamilton | | |
| 7 | Photographs of DEA 13A Miranda rights advisement card, English and Spanish | A | 02-28-2018 |
| | | | |
| 501 | Report of Investigation prepared December 12, 2017, signed by TFO Ryan Hamilton | | |
| | | | |
| | | | |
| | | | |