Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>RENE BORROEL-LOPEZ,<br><br>        Defendant. | No. CR17-322 RAJ<br><br>ORDER CONTINUING TRIAL DATE |

THIS MATTER comes before the Court on Defendant's oral motion to continue the trial date in this matter. Having considered the motion at a status hearing held on this date, the Court rules as follows:

The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and Defendant in a speedy trial.

IT IS THEREFORE ORDERED that the trial date in this matter is continued to Tuesday, June 12, 2018 at 9:00 a.m. All pretrial motions, including motions in limine, shall be filed no later than May 3, 2018.

IT IS FURTHER ORDERED that the period of time from the date of this order until the new trial date of June 12, 2018, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

DATED this 6th day of March, 2018.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE - 2
CR17-322 RAJ