The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENE BORROEL-LOPEZ,<br><br>Defendant. | NO. CR17-322 RAJ<br><br>ORDER GRANTING MOTION TO SEAL |

This matter has come before the Court on the Government's Motion to Seal Supplemental Sentencing Memorandum. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing of this supplemental sentencing memorandum under seal. Therefore,

IT IS ORDERED that the Government's Motion to Seal (Dkt. #70) is GRANTED. The Government's supplemental sentencing memorandum filed under Dkt. #71 shall remain under seal.

DATED this 7th day of September, 2018.

*/s/ Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
UNITED STATES v. BORROEL-LOPEZ, CR17-322 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970